UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRINA HEARN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 1:12-cv-01878-RLY-DKL |
| | ) |
| HEARTLAND RESIDENTIAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER TO FILE STIPULATION OF DISMISSAL

The parties having notified the Court that this case settled, the Court hereby orders parties to file their **Stipulation of Dismissal on or before OCTOBER 17, 2013.** Any previously-ordered dates and deadlines are VACATED and any pending motions are DENIED as MOOT.

Date: 09/16/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joel Samuel Paul
RAMEY & HAILEY
joel@rameyandhaileylaw.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

Michael C. Terrell
TAFT STETTINIUS & HOLLISTER LLP
mterrell@taftlaw.com