UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRINA HEARN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-CV-1878 RLY-DKL |
| ) | |
| HEARTLAND RESIDENTIAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Patrina Hearn and defendant Heartland Residential Services, Inc. stipulate and agree to the dismissal with prejudice of all claims which Ms. Hearn has or could have alleged against Heartland Residential Services, Inc. in this action.  Each party shall bear her/its own costs.

Respectfully submitted,

Consent of the undersigned counsel for
electronic signature was obtained via
e-mail on the 11th day of October, 2013:

| | |
|---|---|
| /s/ Joel S. Paul | /s/ Abram B. Gregory |
| Joel S. Paul | Michael C. Terrell |
| Ramey & Hailey | Abram B. Gregory |
| 933 N. Meridian Street, Suite 105 | Taft Stettinius & Hollister LLP |
| Indianapolis, IN 46260 | One Indiana Square, Suite 3500 |
| | Indianapolis, Indiana  46204 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

1949023.1